**Berwind-White Coal Mining Co., Libelant-Appellant, v. Steam Tug NONPAREIL, Her Engines, etc., Edward M. Timmins, Claimant-Appellee; Steam Tug HUDSON, Her Engines, etc., Hudson Towboat Company, Claimant-Appellee.**

(Circuit Court of Appeals, Second Circuit. October 13, 1926.)

No. 36.

Appeal from the District Court of the United States for the Southern District of New York.

Horace L. Cheyney and Macklin, Brown & Van Wyck, all of New York City, for appellant.

Peter Alexander and Alexander & Ash, all of New York City, for appellees.

Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark and A. Howard Neely, both of New York City, of counsel), for the Nonpareil.

Before MANTON, HAND, and MACK, Circuit Judges.

PER CURIAM. Affirmed (15 F.[2d] 200) in open court.